**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7469**

_____

TREMAINE L. KITCHEN,

             Plaintiff - Appellant,

       v.

OFFICER B. ICKES; WEXFORD HEALTH SOURCES, INC.,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:14-cv-02022-DKC)

_____

Submitted:  February 29, 2016          Decided:  April 11, 2016

_____

Before NIEMEYER, SHEDD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tremaine L. Kitchen, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Dorianne Avery Meloy, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland;
Elizabeth Erin Pavlick, UNITED STATES DEPARTMENT OF DEFENSE,
Washington, D.C.; Carolyn Israel Stein, BONNER, KIERNAN, TREBACH
& CROCIATA, LLP, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tremaine L. Kitchen appeals the district court's order granting defendants' motions to dismiss and for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kitchen v. Ickes, No. 8:14-cv-02022-DKC (D. Md. July 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2